SCWC-18-0000357

**Electronically Filed
Supreme Court
SCWC-18-0000357
05-MAR-2020
11:36 AM**

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

ERNEST J. TAVARES, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000357; Case Nos. 1PC131000445, 1PC131000874,
1PC131001281, 1PC141000052, and 1PC151000282)


ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., McKenna, and Pollack, JJ.,
Circuit Judge Nakasone, in place of Recktenwald, C.J., recused,
and Circuit Judge Remigio, in place of Wilson, J., recused)

Petitioner/Defendant-Appellant Ernest J. Tavares's application for writ of certiorari filed on January 23, 2020, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, March 5, 2020.

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Karen T. Nakasone

/s/ Catherine H. Remigio

